| | |
|---|---|
| ROADRUNNER INTERMODAL SERVICES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>T.G.S. TRANSPORTATION, INC.,<br><br>        Defendant. | No. 1:17-cv-01056-DAD-BAM<br><br>ORDER RELATING AND REASSIGNING CASES |
| JEFFREY COX,<br><br>        Plaintiff,<br><br>    v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC, et al.,<br><br>        Defendants. | No. 1:17-cv-01207-LJO-SAB |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On September 8, 2017, T.G.S. Transportation, Inc., the defendant in case number 1:17-cv-01056-DAD-BAM, filed an amended notice of related case. (Doc. No. 23.) Similarly, on the same date, plaintiff in *Cox v. Roadrunner Intermodal Services, LLC et al.*, Case No. 1:17-cv-01207-LJO-SAB, filed a notice of related case. (Doc. No. 3.) The court's review of the complaints in these cases shows they are related within the meaning of Local Rule 123(a), as they involve similar parties and related questions of law and fact. Accordingly, assignment of the

1

actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that *Cox v. Roadrunner Intermodal Services, LLC, et al.*, Case No. 1:17-cv-01207-LJO-SAB, be reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Barbra A. McAuliffe.

Accordingly, documents filed in the above-referenced actions shall bear the following new case numbers:

**1:17-cv-01056-DAD-BAM**

**1:17-cv-01207-DAD-BAM**

IT IS SO ORDERED.

Dated: **September 13, 2017**

UNITED STATES DISTRICT JUDGE